|   |   |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>EMILY G. SAUVAGEAU<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 | **FILED**<br>Aug 30, 2022<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>**SEALED** |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A RED 2021 NISSAN ROGUE, WITH LICENSE PLATE FX110DP AND VEHICLE IDENTIFICATION NUMBER JN1BJ1CW3MW437525 | CASE NO.  2:22-sw-0587 DB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

# **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 08/30/2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE